1 **KRIS J. KRAUS**
California Bar No. 233699
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Kris_Kraus@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Case No. 08MJ8491 |
| 11     Plaintiff, | ) ) ) | |
| 12 v. | ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| 13 ROBERTO FELIX-ROCHIN, | ) ) | |
| 14     Defendant. | ) ) | |
| 15 _____ | ) | |

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

19                                       Respectfully submitted,

21 Dated: June 6, 2008                     /s/ Kris J. Kraus
                                         **KRIS J. KRAUS**
22                                            Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
23                                            Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 6, 2008         */s/ Kris J. Kraus*
                            **KRIS J. KRAUS**
                            Federal Defenders of San Diego, Inc.
                            Kris_Kraus@fd.org